THE STATE EX REL. ALSTON, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Alston v. Indus. Comm.* (2000), 88 Ohio St.3d 503.]

(No. 99–1901—Submitted April 4, 2000—Decided May 24, 2000.)

*McCrory & Associates Co., L.P.A.,* and *Kurt M. Young,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Stephen D. Plymale,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.